# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

**Plaintiffs**

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

**Defendants**

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| Defendant 1 | 3M COMPANY (A/K/A MINNESOTA MINING AND MANUFACTURING COMPANY); |
|---|---|
| Defendant 2 | BASF CORPORATION; |
| Defendant 3 | CHEMGUARD, INC.; |
| Defendant 4 | CORTEVA, INC. (F/K/A DOWDUPONT INC.); |
| Defendant 5 | DUPONT DE NEMOURS, INC (F/K/A DOWDUPONT INC.); |
| Defendant 6 | EIDP, INC. (A/K/A E. I. DU PONT DE NEMOURS AND COMPANY); |
| Defendant 7 | THE CHEMOURS COMPANY; |
| Defendant 8 | THE CHEMOURS COMPANY FC, LLC; |
| Defendant 9 | TYCO FIRE PRODUCTS, LP as successor-in-interest to THE ANSUL COMPANY; |

**Jurisdiction and Venue**

4. Plaintiff alleges jurisdiction based on:

  ☒  Diversity

  ☐  Federal Question

  ☒  The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

  ☐  Other: _____.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

**Plaintiff's Allegations of Exposure**

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

    - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

    - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

    - Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

**Plaintiff's Alleged Injuries**

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

    Kidney Cancer
    Testicular Cancer
    Thyroid Disease
    Ulcerative Colitis
    Liver Cancer
    Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

**Causes of Action**

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

    Count I – Defective Design
    Count II – Failure to Warn
    Count III – Negligence
    Count IV – Negligence Per Se
    Count V – Trespass and Battery
    Count VI – Strict Product Liability
    Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
    Count VIII – Concealment, Misrepresentation, and Fraud

  Count IX – Conspiracy
  Count X – Wrongful Death
  Count XI – Loss of Consortium

  <u>Other Causes of Action</u>:
  Count XII – _____
  Count XIII – _____
  Count XIV – _____
  Count XV – _____
  Count XVI – _____
  Count XVII – _____
  Count XVIII – _____
  Count XIX –  _____
  Count XX –   _____
  Others
  _____
  _____
  _____

## **Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

 Date: September 2, 2025

           Respectfully Submitted,

           By: <u>*/s/ Fred Thompson III*</u>
           **MOTLEY RICE LLC**
           Fred Thompson III
           T. David Hoyle
           Anne McGinness Kearse
           28 Bridgeside Boulevard
           Mount Pleasant, SC 29464
           (843) 216-9000
           fthompson@motleyrice.com
           dhoyle@motleyrice.com
           akearse@motleyrice.com

           *Attorneys for Plaintiff*

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873[1]**

|  | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Adair, Erick | 1/1/1986 | North Dakota | District of North Dakota | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 2. | Addison, Darren | 12/08/1987 | Maryland | District of Maryland | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 3. | Agli, Candice | 02/08/1988 | New York | Eastern District of New York | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 4. | Anderson, Sr., Robert W. | 11/10/1947 | Colorado | District of Colorado | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 5. | Anderson, Velma B. | 12/08/1950 | Georgia | Middle District of Georgia | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 6. | Archer, Katherine Marie | 08/21/1956 | Indiana | Northern District of Indiana | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 7. | Archuleta-Brown, Alice | 08/06/1958 | Oklahoma | Northern District of Oklahoma | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 8. | Ayler, Warren R., Sr. | 6/20/1940 | Alabama | Southern District of Alabama | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 9. | Bellon, Richard | 06/22/1971 | Florida | Southern District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 10. | Benavidez, Edward | 09/10/1965 | Colorado | District of Colorado | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 11. | Bowles, Michael W. | 04/17/1964 | North Carolina | Middle District of North Carolina | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 12. | Brantley, Mark | 9/16/1963 | Georgia | Middle District of Georgia |  |  |  | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 13. | Brown, David | 12/18/1969 | Mississippi | Southern District of Mississippi | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |

---

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.
[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 14. | Brown, Karen D. | 03/17/1961 | Pennsylvania | Eastern District of Pennsylvania | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 15. | Brown, Margaret | 12/27/1955 | Illinois | Northern District of Illinois | | | | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 16. | Bundoc-Lee, Haley P. | 07/28/1995 | California | Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 17. | Burd, Jr., Kenneth | 11/2/1969 | Tennessee | Middle District of Tennessee | | | | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 18. | Callahan, John | 9/2/1963 | New York | Western District of New York | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 19. | Carlyle, Lori | 08/06/1968 | Iowa | Southern District of Iowa | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 20. | Carrillo, Pedro J. | 9/13/1958 | California | Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 21. | Catalogna, Mark | 05/14/1955 | Massachusetts | District of Massachusetts | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 22. | Cecil, Phillip | 03/03/1959 | Illinois | Central District of Illinois | No | Yes | No | Kidney Cancer; Thyroid Disease | I, II, III, IV, VI, VII, VIII, IX |
| 23. | Christian, II, Clyde | 11/9/1989 | Florida | Middle District of Florida | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 24. | Chrostowski, Darren | 12/5/1971 | New York | Western District of New York | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 25. | Colangelo, Ronald | 11/23/1962 | Florida | Southern District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 26. | Conner, Janet | 07/02/1953 | Michigan | Eastern District of Michigan | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 27. | Coward, Judy | 11/28/1956 | Texas | Eastern District of Texas | No | Yes | No | Kidney Cancer; Thyroid Disease | I, II, III, IV, VI, VII, VIII, IX |
| 28. | Crawford, Thomas E | 02/05/1949 | South Carolina | District of South Carolina | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 29. | Crislip, Barbara J. | 9/27/1945 | Oregon | District of Oregon | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 30. | Cross, Jr., Steven | 08/14/1979 | North Carolina | Eastern District of North Carolina | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 31. | Dailey, Joshua | 01/22/1985 | New York | Northern District of New York | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 32. | Darden, Jr., Thomas Lewis | 6/29/1974 | Virginia | Eastern District of Virginia | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 33. | Davis, Harry | 03/07/1951 | New York | Western District of New York | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 34. | De Aguiar, Kathy | 12/13/1961 | Washington | Western District of Washington | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 35. | Delnero, James | 06/28/1990 | Massachusetts | District of Massachusetts | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 36. | Demo, Kelly | 02/17/1968 | Kansas | District of Kansas | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 37. | Denson, Terrance | 06/15/1979 | Indiana | Southern District of Indiana | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 38. | Denton, John M. | 09/24/1971 | North Carolina | Eastern District of North Carolina | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 39. | Dogbatse, Gracie | 09/03/1964 | Ohio | Northern District of Ohio | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 40. | Duran-Santana, Jeison | 05/12/1990 | Delaware | District of Delaware | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 41. | Duvall, Jr., James | 10/01/1964 | New York | Northern District of New York | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 42. | Edwards, Keyla | 03/07/1983 | South Carolina | District of South Carolina | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 43. | Eichelberger, Jr., Cheyenne | 08/05/1966 | Texas | Southern District of Texas | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 44. | Elander, Linda | 12/09/1949 | Idaho | District of Idaho | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 45. | Elder, Connie Darlene | 10/31/1953 | California | Eastern District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 46. | Esterline, Zackery | 09/16/1991 | Kentucky | Eastern District of Kentucky | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 47. | Evans, Gregory William | 5/27/1952 | Pennsylvania | Western District of Pennsylvania | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 48. | Figueroa, Samuel | 09/15/1984 | Florida | Southern District of Florida | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 49. | Finkelstein, Linda | 12/18/1947 | Pennsylvania | Eastern District of Pennsylvania | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 50. | Flores, Juan | 05/19/1953 | Texas | Western District of Texas | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 51. | Flores, Sarah M. | 4/1/1949 | California | Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 52. | Gilbert, Graham | 08/06/1985 | California | Northern District of California | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 53. | Goldsmith, Philip Steven | 09/22/1950 | Colorado | District of Colorado | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 54. | Grall, Brian | 03/21/1962 | Colorado | District of Colorado | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 55. | Grimes, Loretta M. | 11/07/1958 | Illinois | Northern District of Illinois | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 56. | Grimsley, Jr., Albert | 1/10/1972 | North Carolina | Middle District of North Carolina | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 57. | Grishchenko, Grigory | 10/03/1944 | New Jersey | District of New Jersey | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 58. | Guagliardo, Jr., Vincent | 01/10/1948 | Florida | Middle District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 59. | Gullard, Gordon | 12/15/1942 | Washington | Western District of Washington | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 60. | Hamilton-Bracher, Charlette | 01/12/1963 | Oregon | District of Oregon | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 61. | Hamlett, David | 09/01/1970 | California | Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 62. | Harper, Robert L. | 3/27/1949 | Florida | Middle District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 63. | Harrison, Daniel E. | 01/18/1975 | West Virginia | Southern District of West Virginia | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 64. | Hastings, William | 06/13/1962 | North Carolina | Western District of North Carolina | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 65. | Hendrix, Monika V. | 01/10/1958 | Georgia | Northern District of Georgia | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 66. | Herman, Jr., Walter L. | 12/07/1967 | Colorado | District of Colorado | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 67. | Hogan, Jodi | 09/29/1967 | Massachusetts | District of Massachusetts | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 68. | Hubbell, April | 04/14/1977 | Texas | Western District of Texas | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 69. | Hummel, David | 01/06/1952 | Ohio | Southern District of Ohio | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 70. | Hunter, Joshua | 06/26/1987 | North Carolina | Western District of North Carolina | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 71. | Husman, Warren | 03/13/1951 | Washington | Western District of Washington | No | Yes | No | Thyroid Disease | I, II, III, IV, VI, VII, VIII, IX |
| 72. | Ibrahim, Naim | 03/28/1984 | New York | Eastern District of New York | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 73. | Jackson, Charlie K. | 02/05/1965 | Georgia | Northern District of Georgia | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 74. | Johnson, Erik | 10/08/1973 | Minnesota | District of Minnesota | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 75. | Johnson, Ethan | 05/16/1979 | Colorado | District of Colorado | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 76. | Jones, Andre | 10/23/1982 | Washington | Western District of Washington | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 77. | Jones, Chad | 08/04/1978 | Oklahoma | Western District of Oklahoma | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 78. | Jones, Sr., Ernest | 02/07/1954 | Arizona | District of Arizona | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 79. | Joseph, Vernell | 12/29/1962 | Texas | Southern District of Texas | Yes | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 80. | Juskalian, Christopher | 07/31/1973 | California | Eastern District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 81. | Karas, Valarie Cecile | 12/01/1979 | Florida | Middle District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 82. | Katrinic, William | 10/06/1962 | Michigan | Eastern District of Michigan | No | Yes | No | Kidney Cancer; Thyroid Disease | I, II, III, IV, VI, VII, VIII, IX |
| 83. | Kearse Tillman, Felicia | 07/31/1970 | New York | Northern District of New York | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 84. | Keene, Arthur | 05/31/1963 | Florida | Southern District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 85. | Kelly, Brian | 02/01/1962 | Michigan | Western District of Michigan | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 86. | Kimbrough, Carolyn S. | 06/26/1962 | Texas | Western District of Texas | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 87. | King, Derrick | 10/5/1989 | Georgia | Southern District of Georgia | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 88. | Kohl, Isaac | 01/29/2003 | North Carolina | Middle District of North Carolina | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 89. | Light, Cyril | 04/25/1955 | California | Southern District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 90. | Lopez, Carlos G. | 03/24/1958 | Florida | Southern District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 91. | McDonald, Jr., Neil | 07/20/1944 | Florida | Northern District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 92. | Medlen, Barry | 06/16/1962 | Florida | Middle District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 93. | Mendez, Connie | 07/07/1955 | Texas | Western District of Texas | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 94. | Ofreneo, Eric | 07/18/1973 | Illinois | Northern District of Illinois | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 95. | Peller, Sandra | 06/04/1940 | Florida | Southern District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 96. | Prevette, Don | 04/02/1971 | North Carolina | Western District of North Carolina | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 97. | Richard, Christopher | 03/10/1959 | Tennessee | Middle District of Tennessee | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 98. | Salucci, Joseph | 05/22/1956 | New York | Eastern District of New York | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 99. | Schwent, Glen | 07/08/1974 | Missouri | Eastern District of Missouri | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 100. | Stern, Larry E. | 07/15/1953 | Iowa | Southern District of Iowa | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 101. | Tackett, Ted | 06/13/1954 | Michigan | Eastern District of Michigan | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 102. | Talbot, Steven M. | 06/06/1970 | New Jersey | District of New Jersey | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 103. | Tapia, Rosalie | 04/10/1964 | Colorado | District of Colorado | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 104. | Taylor, III, Fenton | 12/13/1953 | California | Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 105. | Terrazas, Victor | 08/09/1974 | New Mexico | District of New Mexico | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 106. | Thompson, Brian | 08/01/1980 | Washington | Western District of Washington | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 107. | Tincher, Beth Ann | 02/07/1964 | Michigan | Eastern District of Michigan | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 108. | Tomassini, Mary | 08/19/1966 | Minnesota | District of Minnesota | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 109. | Tozzi, Jr., Anthony | 06/25/1949 | Ohio | Northern District of Ohio | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 110. | Trentadue, Angelo | 03/18/1948 | Wisconsin | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 111. | Trotta, Joanne | 03/11/1952 | Massachusetts | District of Massachusetts | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 112. | Troutt, Kathy | 01/15/1957 | North Carolina | Middle District of North Carolina | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 113. | Tyler, Lacey | 12/14/1948 | North Carolina | Eastern District of North Carolina | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 114. | Tysver, Charles G. | 03/03/1949 | Minnesota | District of Minnesota | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 115. | Upton, Donald | 03/16/1965 | Alabama | Middle District of Alabama | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 116. | Vagg, Edward | 10/28/1938 | New Jersey | District of New Jersey | No | Yes | No | Kidney Cancer; Liver Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 117. | Vanada, Christopher | 11/24/1966 | North Carolina | Middle District of North Carolina | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 118. | Vandewinkle, Charles J. | 04/25/1971 | Michigan | Eastern District of Michigan | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 119. | Vanover, Neil | 03/02/1976 | Kentucky | Western District of Kentucky | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 120. | Vardan, Avinendran | 12/09/1973 | California | Eastern District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 121. | Vasques, Erica | 06/02/1974 | Florida | Southern District of Florida | No | Yes | No | Thyroid Disease | I, II, III, IV, VI, VII, VIII, IX |
| 122. | Velez, Ricardo | 01/15/1969 | Texas | Northern District of Texas | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 123. | Vititoe, Andy | 07/26/1954 | Ohio | Southern District of Ohio | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 124. | Walker, Tonya | 01/17/1965 | California | Southern District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 125. | Wallock, Sr., Joseph | 10/04/1956 | Wisconsin | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 126. | Waytula, Joseph M. | 03/17/1957 | South Carolina | District of South Carolina | No | Yes | No | Kidney Cancer; Thyroid Disease | I, II, III, IV, VI, VII, VIII, IX |
| 127. | Webb, Deborah Lynn | 02/07/1962 | California | Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 128. | Webb, Jeffrey | 07/10/1964 | West Virginia | Northern District of West Virginia | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 129. | Webber, Bobby J. | 12/29/1960 | Tennessee | Eastern District of Tennessee | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 130. | Weeks, James | 11/27/1947 | Florida | Middle District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 131. | Weston, Daniel | 08/27/1987 | Washington | Eastern District of Washington | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 132. | White, Sean | 09/30/1966 | Georgia | Northern District of Georgia | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 133. | Whitley, Jason | 12/19/1976 | North Carolina | Eastern District of North Carolina | No | Yes | No | Testicular Cancer; Thyroid Disease | I, II, III, IV, VI, VII, VIII, IX |
| 134. | Wilcox, Michael Lee | 02/22/1959 | Tennessee | Middle District of Tennessee | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 135. | Wiley, Jr., William | 04/13/1969 | Iowa | Northern District of Iowa | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 136. | Wilkerson, Jr., Joseph | 09/23/1943 | Arizona | District of Arizona | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 137. | Wilkinson, Polly | 09/24/1951 | Texas | Northern District of Texas | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 138. | Williams, Carmela | 06/13/1969 | North Carolina | Eastern District of North Carolina | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 139. | Williams, Clarence | 06/09/1939 | Texas | Southern District of Texas | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 140. | Williams, Steven | 07/13/1955 | South Carolina | District of South Carolina | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 141. | Wilmoth, Jr., William T. | 03/16/1966 | Texas | Eastern District of Texas | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 142. | Wilson, Fredrick | 08/10/1960 | California | Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 143. | Winford, Lisa | 01/05/1960 | South Carolina | District of South Carolina | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 144. | Wise, Brent Anson | 12/03/1956 | South Carolina | District of South Carolina | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 145. | Wright, Jason | 05/23/1976 | Indiana | Southern District of Indiana | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 146. | Yentes, Grace J. | 09/13/1963 | California | Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 147. | Yochim, Paul | 09/29/1972 | Texas | Northern District of Texas | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 148. | Young, Donald | 10/17/1947 | Washington | Eastern District of Washington | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 149. | Zeringue, Rhoda | 10/30/1940 | Louisiana | Eastern District of Louisiana | No | Yes | No | Kidney Cancer; Thyroid Disease | I, II, III, IV, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 150. | Zubow, Deborah | 10/12/1951 | Pennsylvania | Eastern District of Pennsylvania | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |